

FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

DEREK HARRIS

_____

(Full name of the Plaintiff(s) in this action)

v.

COMMONWEALTH KENTUCKY

CIVIL ACTION NO. 3:20-CV-512-CRS
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I.   **PARTIES**

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: DEREK HARRIS

Place of Confinement: Louisville Metro Department Correction

Address: 400 S. 6th Street

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _CoMMoNwEAltH Ky_____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

My name is Derek Harris I am Inmate at Louisville Metro Correction where House at. I am writing you in Regarding to I like to file a law suit Agaisnt Commonwealth Kentucky for violate my fifth Amendment Rights I did twenty months on a violation of EPO an third degree Burlgary I will try explain it to Y'all the best way I can I got lock-up on 9-27-13 an I got Release on July 13, 2015 I took a year on a violation of EPO with no Release at That time my lawyler Allison Rief came to me with a stalking charge with Debra Edwards name on it But the oringal name on the EPO is Georgia McCormick an the courts add Debra Edwards name on the EPO an Debra Edwards didnt never come an take no EPO out on me an it is Aginsnt the law to add another person to another person EPO I am on probation for the samething I just did twenty months for a violation of EPO an third degress Burlgary Allison Rief file a motion on the sixty Day To Bring it from Circuit

4

**III. STATEMENT OF CLAIM(S) continued**

Back down to District Court on the DAY of March 24, 2014 me an Miss. Reif went to court at that time Judge Haner dismiss the third degree Burlgary an all this happen in court Room 304.

## IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ __1.3 Million Dollars__

_____ grant injunctive relief by_____

_____ award punitive damages in the amount of $ __1.3 Million Dollars__

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __9__ day of __July__, 20__20__

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

Derek Harris
400 South 6th Street
Louisville Kentucky, 40202

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUL 17 PM 3:31

Metro Corrections Dept.
Not Responsible
UNCENSORED

Gene Snyder United State Courthouse
601 West Broadway Rm 106
Louisville Kentucky, 40202

